## SNYDER *v.* MARTIN·ET UX.

From the Tippecanoe Circuit Court.

*R. C. & W. B. Gregory* and *W. C. Wilson*, for appellant.
*H. F. Blodgett* and *F. B. Everett*, for appellees.

PETTIT, J.—In all legal respects this case is the same as *McConnell* v. *Martin, ante,* p. 434; and on the authority of that case the judgment is affirmed, at the costs of the appellant.

Opinion filed November term, 1875; petition for a rehearing overruled May term, 1876.